THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAMON MAGANA, et al.,<br><br>  Defendants. | CASE NO. CR15-0169-JCC<br><br>MINUTE ORDER CONTINUING TRIAL |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and other deadlines in the above-captioned matter (Dkt. No. 24), and the Speedy Trial Waivers of both defendants (Dkt. Nos. 25 and 26). The Court hereby re-sets trial in this matter to Monday, October 19, 2015 at 9:30 a.m. The motions cutoff date is hereby continued to September 17, 2015.

The Court finds that the interests of justice are served by this continuance and that they outweigh the public interest in a speedy trial. The time between the date of this order and October 19, 2015 is excluded in computing the time within which a trial must be held under 18 U.S.C.§ 3161, *et seq.*

//

1      DATED this 29th day of June 2015.

                                                         William M. McCool
Clerk of Court

s/Rhonda Stiles
Deputy Clerk

MINUTE ORDER CONTINUING TRIAL, CR15-0169-JCC
PAGE - 2