THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON MAGANA, et al.,<br><br>Defendants. | CASE NO. CR15-0169-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the unopposed motion to continue trial of Defendant Ramon Magana (Dkt. No. 35), the notice of joinder of his co-defendant, Arnoldo Teran-Ruiz (Dkt. No. 36), the speedy trial waivers of both Defendants (Dkt. Nos. 32, 37, and 39), and the stipulated motion to renote pending motions to suppress (Dkt. No. 38).

The Court finds that the interests of justice will be served by a trial continuance, that the continuance is necessary to insure adequate time for defense investigation and effective trial preparation, and that these factors outweigh the public interest in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A). It is therefore ORDERED that the trial in this matter is hereby continued to February 1, 2016 at 9:30 a.m. Pretrial motions are due January 4, 2016. Proposed *voir dire* and a list of agreed-upon and contested jury instructions are due on or before

Friday, January 22, 2016.

It is furthered ORDERED that this period of delay from the date of his order through the new trial date will be excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Given the continuance of the trial date, and upon consideration of the stipulated order regarding response deadlines, the Court hereby RENOTES the currently pending motions to suppress (Dkt. Nos. 29 and 31) for Friday, November 20, 2015. The Government's response is due on or before Friday, November 13, 2015. The Clerk is directed to renote the motions according to this Order.

DATED this 5 day of October 2015.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
